IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL D. WILSON | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CV-337-Y |
| | § | |
| STATION 3700 APARTMENT HOMES, ET AL. | § § | |

ORDER OVERRULING OBJECTIONS, ADOPTING MAGISTRATE JUDGE'S
<u>DECISION, AND REQUIRING FILING FEE AND AMENDED COMPLAINT</u>

On May 16, 2014, the magistrate judge issued his Findings, Conclusions, and Recommendation that Plaintiff's Motion for Leave to Proceed In Forma Pauperis be denied. On June 6, Plaintiff, who is appearing herein pro se, filed his objections to the magistrate judge's decision. In the objections, Plaintiff notes that "[t]he income that was reported . . . for a newly started home business that has been in operation for 3 months had a 80% decrease in revenue and is on track to do an estimated 13% this month." (Pl.'s Objections [doc. 6] 1, ¶1.) Plaintiff also contends that Defendants' failure to exterminate his apartment, he has spent $125 per week on pesticides. Nevertheless, as noted in the magistrate judge's order, Plaintiff receives $1,528 per month in disability payments, which payments are considered in making the in-forma-pauperis determination. Even disregarding the amount Plaintiff indicated in his motion came from self-employment, his disability payments alone put him well above the applicable poverty guideline of $11,670.

It is, therefore, ORDERED that the magistrate judge's Findings, Conclusions, and Recommendation are hereby ADOPTED by this Court.

As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 2) is DENIED.  If Plaintiff desires to pursue his claims in this cause, he shall pay the full filing fee no later than **July 11, 2014**, or his claims will be dismissed without prejudice.

Further, Document 4, Notice and Instruction to Pro Se Party, filed May 14, 2014, required Plaintiff to registered as an electronic-case filer (ECF) within 14 days pursuant to Local Civil Rule 5.1(e).  Plaintiff's deadline for registering was May 28, 2014.  Plaintiff's deadline to register for ECF is extended to no later than **July 11, 2014**, or he must manually file a motion for ECF exemption by that date.  Such motion must comply with Fed. R. Civ. P. 5(d).

Additionally, the Court notes that Plaintiff's complaint does not comply with Federal Rule of Civil Procedure 8(a)(1) or (3).  If Plaintiff desires to pursue his claims in this forum, he shall also file, no later than **July 11, 2014**, an amended complaint that fully complies with Federal Rule of Civil Procedure 8(a).

SIGNED June 25, 2014.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE